UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-335-H

GEORGE HAMING                                                                                           PLAINTIFF

V.

SOMERO ENTERPRISES, INC.                                                                    DEFENDANT

**MEMORANDUM OPINION AND ORDER**

      This case involves federal wage and hour claims as well as related state law claims. Plaintiff obtained a default judgment in state court, after which Defendant removed to federal court. Those actions created considerable confusion and precipitated a series of motions from each side. The Court held a conference to discuss all of the pending motions and unscramble the procedural mess. After considerable discussion, the Court reached the following conclusions.

      Defendant is incorporated in the State of Delaware and has its principal place of business in the State of New Hampshire. Plaintiff sought to serve Defendant through the Kentucky Secretary of State which then served Lawyers Incorporating Service, Inc. ("LIS") in New Hampshire. Unfortunately, LIS is not authorized to receive service of process for Defendant in that state. Consequently, the service was invalid and Defendant had no obligation to file an answer. The default judgment based upon the improper service must be set aside.

      Thereafter, the parties then agreed that the most convenient and appropriate course of action is that the case remain in this Court and that Defendant accept service of process as of this date. Accordingly, the motion to remand must be denied. Because the Court has discussed the

case so thoroughly with counsel during its conference, a lengthy opinion and analysis seems unnecessary.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to extend time to answer is SUSTAINED and Defendant shall file an answer on or before **October 3, 2007**.  The motion to stay is DENIED.

IT IS FURTHER ORDERED that the default judgment is SET ASIDE and the motion to remand is DENIED.

IT IS FURTHER ORDERED that Defendant is deemed SERVED with the complaint on September 13, 2007.  All other motions are MOOT.  The Court will enter a separate discovery schedule.

cc:   Counsel of Record